that the store was a housing accommodation and on that presumption decide it had no jurisdiction.

We conclude therefore that the trial court did not err in denying defendant's motions. The judgment is affirmed.

*Judgment affirmed.*

LEWE and FEINBERG, JJ., concur.

**J. P. Brenner, Appellee, v. Village of Phoenix, Bernard Smuczynski, President of Board of Trustees et al., Appellants.**

**Gen. No. 45,554.**

Roman E. Posanski, for appellants; Charles D. Snewind, of counsel; Deneen & Massena, for appellee; Paul R. Schreiber, and Dwight W. Croessman, of counsel. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.** Opinion filed May 5, 1952; released for publication June 9, 1952.

**Ann Olin, Appellee, v. David K. Olin, Appellant.**

**Gen. No. 45,576.**

177